IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JERRY Y. COURTNEY**                                                                                    **PLAINTIFF**

v.                                    Case No. 5:14–cv–00365 KGB/BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                   **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition prepared by United States Magistrate Judge Beth Deere (Dkt. No. 15). The time for filing objections to the Recommended Disposition has passed, and no objections have been filed. After reviewing the Recommended Disposition, the Court adopts the Recommended Disposition and denies plaintiff Jerry Y. Courtney's request for relief (Dkt. No. 2). The Court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 18th day of November, 2015.

_____
Kristine G. Baker
United States District Judge