# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JERRY Y. COURTNEY**                                                                                   **PLAINTIFF**

**v.**                              **Case No. 5:14–cv–00365 KGB/BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is considered, ordered, and adjudged that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is affirmed. Judgment is entered in favor of the Commissioner.

Dated this 18th day of November, 2015.

_____
Kristine G. Baker
United States District Judge